SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 8 2001

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

ELLIOT ENOKI
United States Attorney
District of Hawaii

LORETTA SHEEHAN
THOMAS MUEHLECK
Assistant U. S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>               Plaintiff, )<br><br>      v. )<br>      ( )<br>COLLEEN NAKAMOTO,  (01) )<br>DARRYL YONESAKI,  (02) )<br>HONG TRAN,  (03) )<br>AMY WONG,  (04) )<br>KEVIN HIRONAKA,  (05) )<br>RANEL HIRONAKA,  (06) )<br>MICHAEL INOUYE,  (07) )<br>JOHN FRANCESCO,  (08) )<br>CHEYN KIYOTSUKA,  (09) )<br>JAMES OGAI,  (10) )<br>   a.k.a. "Jimmy,"  )<br>GILBERT FUERTES,  (11) )<br>NATASHA POHINA,  (12) )<br>SUZANNE OKIMOTO,  (13) )<br>   a.k.a. "Cookie,"  )<br>LORI JOAQUIN,  (14) )<br>GUY SUYAMA,  (15) )<br>LOREEN COELHO,  (16) )<br>   a.k.a. "Bullet,"  )<br>ALLISON KUDO,  (17) )<br>   )<br>   Defendants. )<br>   ) | INDICTMENT CR01-00313 HG<br><br>[21 U.S.C. §§ 846;<br>841(a)(1); 18 U.S.C.<br>§ 2] |

INDICTMENT

<u>COUNT 1</u>

The Grand Jury charges:

From a date unknown, but from at least on or about October 12, 1998, to on or about August 8, 2001, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO, DARRYL YONESAKI, HONG TRAN, AMY WONG, KEVIN HIRONAKA, RANEL HIRONAKA, MICHAEL INOUYE, JOHN FRANCESCO, CHEYN KIYOTSUKA, JAMES OGAI, a.k.a. "Jimmy," GILBERT FUERTES, NATASHA POHINA, SUZANNE OKIMOTO, a.k.a. "Cookie," LORI JOAQUIN, GUY SUYAMA, LOREEN COELHO, a.k.a. "Bullet," and ALLISON KUDO did conspire together with one another and with others known and unknown, to knowingly and intentionally distribute and to possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

<u>WAYS AND MEANS OF ACCOMPLISHING THE CONSPIRACY</u>

1.    COLLEEN NAKAMOTO manages a business named Shear Touch, which is located at 1149 Bethel Street in Honolulu, Hawaii.  COLLEEN NAKAMOTO works with DARRYL YONESAKI to obtain methamphetamine, distribute the methamphetamine to sub-distributors and to customers, collect money, and maintain the balance of debts and payments.

2.  KEVIN HIRONAKA, RANEL HIRONAKA, MICHAEL
INOUYE, JOHN FRANCESCO, CHEYN KIYOTSUKA, JAMES OGAI, a.k.a.
"Jimmy," GILBERT FUERTES, NATASHA POHINA, SUZANNE OKIMOTO,
a.k.a. "Cookie," LORI JOAQUIN, GUY SUYAMA, LOREEN COELHO,
a.k.a. "Bullet," and ALLISON KUDO are sub-distributors of
the methamphetamine provided by COLLEEN NAKAMOTO and DARRYL
YONESAKI.

Some sub-distributors order methamphetamine from
COLLEEN NAKAMOTO and DARRYL YONESAKI, distribute the
methamphetamine, and arrange for payments for the
methamphetamine.  Some sub-distributors also make deliveries
of cash to COLLEEN NAKAMOTO and to DARRYL YONESAKI.

3.  MICHAEL INOUYE further assists COLLEEN
NAKAMOTO and DARRYL YONESAKI by answering telephones,
relaying messages, admitting persons seeking to pick up
methamphetamine at Shear Touch, picking up quantities of
methamphetamine from suppliers, and delivering quantities of
methamphetamine to sub-distributors.

4.  HONG TRAN supplies methamphetamine to COLLEEN
NAKAMOTO and DARRYL YONESAKI.

5.  AMY WONG supplies methamphetamine to HONG
TRAN.

<u>OVERT ACTS</u>

1.  On or about October 12, 1998, COLLEEN NAKAMOTO
agreed to sell a person methamphetamine.

3

2.   On or about October 12, 1998, MICHAEL INOUYE admitted a person into Shear Touch.

3.   On or about October 12, 1998, JOHN FRANCESCO handed approximately .479 grams of methamphetamine to a person.

4.   On or about October 12, 1998, COLLEEN NAKAMOTO asked a person for a portion of the methamphetamine.

5.   On or about October 19, 1998, COLLEEN NAKAMOTO sold a person approximately .204 grams of methamphetamine.

6.   On or about November 18, 1998, COLLEEN NAKAMOTO told a person to meet with CHEYN KIYOTSUKA at the Shell Station on Kapahulu Avenue.

7.   On or about November 18, 1998, CHEYN KIYOTSUKA entered a person's car at the Shell Station on Kapahulu Avenue.

8.   On or about November 18, 1998, CHEYN KIYOTSUKA sold a person approximately .472 grams of methamphetamine.

9.   On or about December 8, 1998, COLLEEN NAKAMOTO admitted a person into Shear Touch.

10.  On or about December 8, 1998, JOHN FRANCESCO handed a person approximately .240 grams of methamphetamine.

11.  On or about April 15, 1999, JOHN FRANCESCO handed a person approximately .793 grams of methamphetamine.

12.  On or about January 10, 2000, KEVIN HIRONAKA spoke on the telephone at Shear Touch and agreed to sell a person methamphetamine.

4

13.   On or about January 10, 2000, KEVIN HIRONAKA sold a person approximately 6.977 grams of methamphetamine.

14.   On or about March 29, 2000, KEVIN HIRONAKA sold a person approximately 6.925 grams of methamphetamine inside 1149 Bethel Street.

15.   On or about July 11, 2000, a person unknown to the Grand Jury sold a person approximately 1.479 grams of methamphetamine while outside 1149 Bethel Street.

16.   On or about July 25, 2000, COLLEEN NAKAMOTO sold a person approximately 3.434 grams in the women's bathroom of 1149 Bethel Street.

17.   On or about August 17, 2000, KEVIN HIRONAKA admitted a person into 1149 Bethel Street.

18.   On or about August 17, 2000, KEVIN HIRONAKA sold a person approximately 3.414 grams of methamphetamine in the men's room at 1149 Bethel Street.

19.   On or about August 29, 2000, KEVIN HIRONAKA instructed a person to come to 1149 Bethel Street.

20.   On or about August 29, 2000, KEVIN HIRONAKA sold a person approximately 7.008 grams of methamphetamine in the men's room at 1149 Bethel Street.

21.   On or about September 7, 2000, KEVIN HIRONAKA agreed to sell a person methamphetamine.

22.   On or about September 20, 2000, KEVIN HIRONAKA agreed to sell a person methamphetamine.

23.   On or about September 20, 2000, a person unknown to the Grand Jury sold a person approximately 13.819 grams of methamphetamine.

24.   On or about October 19, 2000, JAMES OGAI, a.k.a. "Jimmy," told a person that he would meet her in front of 1149 Bethel Street.

25.   On or about October 19, 2000, JAMES OGAI, a.k.a. "Jimmy," sold a person approximately 1.726 grams of methamphetamine.

26.   On or about May 22, 2001, LORI JOAQUIN ordered a quantity of methamphetamine from COLLEEN NAKAMOTO.

27.   On or about May 22, 2001, KEVIN HIRONAKA left a message at Shear Touch that he needed quantities of methamphetamine for two separate people.

28.   On or about May 22, 2001, LOREEN COELHO, a.k.a. "Bullet," ordered a quantity of methamphetamine for another person.

29.   On or about May 22, 2001, COLLEEN NAKAMOTO checked with GILBERT FUERTES as to the adequacy of his supply of methamphetamine for redistribution.

30.   On or about May 22, 2001, GILBERT FUERTES traveled to 1149 Bethel Street.

31.   On or about May 23, 2001, NATASHA POHINA ordered approximately one-half pound of methamphetamine.

32.   On or about May 23, 2001, COLLEEN NAKAMOTO ordered a quantity of methamphetamine from HONG TRAN.

33.  On or about May 24, 2001, DARRYL YONESAKI and COLLEEN NAKAMOTO discussed their existing supply of methamphetamine.

34.  On or about May 24, 2001, DARRYL YONESAKI asked COLLEEN NAKAMOTO to reserve a quantity of methamphetamine for GILBERT FUERTES.

35.  On or about May 24, 2001, GILBERT FUERTES spoke with COLLEEN NAKAMOTO to arrange to pick up a quantity of methamphetamine.

36.  On or about May 25, 2001, COLLEEN NAKAMOTO told DARRYL YONESAKI that she had money for him.

37.  On or about May 25, 2001, COLLEEN NAKAMOTO instructed SUZANNE OKIMOTO, a.k.a. "Cookie" to pick up methamphetamine from DARRYL YONESAKI.

38.  On or about May 26, 2001, LORI JOAQUIN ordered a quantity of methamphetamine.

39.  On or about May 26, 2001, COLLEEN NAKAMOTO instructed a person to go to her apartment and pick up methamphetamine from GUY SUYAMA.

40.  On or about May 31, 2001, COLLEEN NAKAMOTO provided a summary of recent sales and remaining methamphetamine supply to DARRYL YONESAKI.

41.  On or about June 1, 2001, DARRYL YONESAKI instructed COLLEEN NAKAMOTO to send SUZANNE OKIMOTO, a.k.a. "Cookie," to deliver four packages containing one-eighth of an ounce of methamphetamine.

7

42.  On or about June 1, 2001, SUZANNE OKIMOTO, a.k.a "Cookie," asked whether she would be paid for delivering methamphetamine.

43.  On or about June 1, 2001, JAMES OGAI, a.k.a. "Jimmy," ordered a quantity of methamphetamine from DARRYL YONESAKI.

44.  On or about June 2, 2001, GUY SUYAMA reported an unsuccessful debt collection to COLLEEN NAKAMOTO.

45.  On or about June 2, 2001, LORI JOAQUIN warned COLLEEN NAKAMOTO of possible surveillance by law enforcement.

46.  On or about June 5, 2001, GUY SUYAMA relayed an order for methamphetamine from SUZANNE OKIMOTO, a.k.a. "Cookie," to COLLEEN NAKAMOTO.

47.  On or about June 6, 2001, MICHAEL INOUYE directed GILBERT FUERTES to call DARRYL YONESAKI to place an order for methamphetamine.

48.  On or about June 6, 2001, MICHAEL INOUYE informed ALLISON KUDO that COLLEEN NAKAMOTO had a supply of methamphetamine to distribute.

49.  On or about June 6, 2001, ALLISON KUDO ordered five ounces of methamphetamine from COLLEEN NAKAMOTO.

50.  On or about June 6, 2001, COLLEEN NAKAMOTO asked HONG TRAN his price for five ounces of methamphetamine.

8

51. On or about June 6, 2001, COLLEEN NAKAMOTO offered to sell ALLISON KUDO five ounces of methamphetamine at $2,400 an ounce.

52. On or about June 6, 2001, ALLISON KUDO arrived at the residence of COLLEEN NAKAMOTO and MICHAEL INOUYE.

53. On or about June 6, 2001, HONG TRAN informed COLLEEN NAKAMOTO that he only had four ounces of methamphetamine.

54. On or about June 6, 2001, MICHAEL INOUYE arrived at the residence of HONG TRAN.

55. On or about June 6, 2001, COLLEEN NAKAMOTO arrived at the residence of ALLISON KUDO.

56. On or about June 7, 2001, LOREEN COELHO, a.k.a. "Bullet," ordered a quantity of methamphetamine.

57. On or about June 11,2001, MICHAEL INOUYE met with GILBERT FUERTES.

58. On or about June 12, 2001, GUY SUYAMA picked up one ounce of methamphetamine from MICHAEL INOUYE.

59. On or about June 13, 2001, LORI JOAQUIN relayed to COLLEEN NAKAMOTO that a customer had complained about the quality of COLLEEN NAKAMOTO'S methamphetamine.

60. On or about June 13, 2001, COLLEEN NAKAMOTO complained to HONG TRAN that his methamphetamine was "junk."

61.  On or about June 13, 2001, HONG TRAN assured COLLEEN NAKAMOTO that the next delivery of methamphetamine would be better.

62.  On or about June 13, 2001, AMY WONG met with HONG TRAN in the parking lot of Long's Drug Store.

63.  On or about June 14, 2001, SUZANNE OKIMOTO, a.k.a. "Cookie," solicited a sale of methamphetamine to another person.

64.  On or about June 14, 2001, a person agreed to purchase eight ounces of methamphetamine from ALLISON KUDO.

65.  On or about June 14, 2001, COLLEEN NAKAMOTO ordered eight ounces of methamphetamine from HONG TRAN.

66.  On or about June 14, 2001, ALLISON KUDO instructed a person to go to COLLEEN NAKAMOTO'S residence to pick up his methamphetamine.

67.  On or about June 15, 2001, MICHAEL INOUYE asked COLLEEN NAKAMOTO whether he could sell "Shorty" a quantity of methamphetamine for $180.

68.  On or about June 15, 2001, COLLEEN NAKAMOTO conferred with DARRYL YONESAKI as to whether they should sell "Shorty" a quantity of methamphetamine.

69.  On or about June 15, 2001, DARRYL YONESAKI agreed to sell methamphetamine to "Shorty."

70.  On or about June 15, 2001, a person arranged with COLLEEN NAKAMOTO to pay her by putting money directly into COLLEEN NAKAMOTO'S bank account.

71. On or about June 19, 2001, AMY WONG met with HONG TRAN in the parking lot of Long's Drug Store.

72. On or about June 19, 2001, DARRYL YONESAKI asked whether COLLEEN NAKAMOTO had an adequate supply of methamphetamine.

73. On or about June 21, 2001, a person ordered a quantity of methamphetamine for herself and others from COLLEEN NAKAMOTO.

74. On or about June 21, 2001, a person informed MICHAEL INOUYE that she was en route to pick up the methamphetamine.

75. On or about June 21, 2001, a person arrived at the residence of COLLEEN NAKAMOTO and MICHAEL INOUYE.

76. On or about June 21, 2001, a person possessed approximately .5 grams of methamphetamine.

77. On or about June 21, 2001, LOREEN COELHO, a.k.a. "Bullet," informed COLLEEN NAKAMOTO that a person who had possessed approximately .5 grams of methamphetamine had been arrested.

78. On or about June 22, 2001, COLLEEN NAKAMOTO informed SUZANNE OKIMOTO, a.k.a. "Cookie," that "our family" was almost shut down last night.

79. On or about June 22, 2001, DARRYL YONESAKI informed COLLEEN NAKAMOTO that he had to be "on the safe side of this thing."

80. On or about June 22, 2001, COLLEEN NAKAMOTO told SUZANNE OKIMOTO, a.k.a. "Cookie," to be more careful in her narcotic distribution practices.

81. On or about June 23, 2001, NATASHA POHINA warned COLLEEN NAKAMOTO that law enforcement "knew everything."

82. On or about June 23, 2001, NATASHA POHINA ordered one-half ounce of methamphetamine from COLLEEN NAKAMOTO.

83. On or about June 23, 2001, KEVIN HIRONAKA delivered one-half ounce of methamphetamine to NATASHA POHINA.

84. On or about June 25, 2001, COLLEEN NAKAMOTO informed RANEL HIRONAKA that KEVIN HIRONAKA owed her money for methamphetamine.

85. On or about June 27, 2001, RANEL HIRONAKA asked COLLEEN NAKAMOTO for a quantity of methamphetamine to sell to KEVIN HIRONAKA's friend.

86. On or about June 27, 2001, COLLEEN NAKAMOTO called HONG TRAN and told him that an unknown female also wanted "one" and that TRAN could leave it with her if he wanted to.

87. On or about June 27, 2001, COLLEEN NAKAMOTO called HONG TRAN and said that she had the money for him.

12

88.  On or about June 28, 2001, HONG TRAN called COLLEEN NAKAMOTO and told her that she had been short on her payment.

89.  On or about July 1, 2001, HONG TRAN called AMY WONG and said that he wanted to get "one" and give her some money.

90.  On or about July 1, 2001, HONG TRAN and AMY WONG agreed to meet in the parking lot of Long's Drug Store.

91.  On or about July 1, 2001, HONG TRAN and AMY WONG met in the parking lot of Long's Drug Store.

92.  On or about July 6, 2001, COLLEEN NAKAMOTO called HONG TRAN and told him that she was on her way to his residence for the purchase of one ounce of methamphetamine.

93.  On or about July 7, 2001, COLLEEN NAKAMOTO called HONG TRAN and said that she wanted a small one.

94.  On or about July 8, 2001, COLLEEN NAKAMOTO called HONG TRAN and ordered half of last night's order.

95.  On or about July 8, 2001, COLLEEN NAKAMOTO told HONG TRAN that MICHAEL INOUYE would be there in five minutes.

96.  On or about July 8, 2001, MICHAEL INOUYE met with HONG TRAN at Burger King.

97.  On or about July 10, 2001, COLLEEN NAKAMOTO called HONG TRAN and stated that DARRYL YONESAKI had informed her that HONG TRAN had "shut down."

98.   On or about July 15, 2001, MICHAEL INOUYE called HONG TRAN and ordered an ounce and one-eighth of an ounce of methamphetamine.

99.   On or about July 15, 2001, MICHAEL INOUYE met with HONG TRAN on the P-3 level of the parking structure at 60 North Nimitz Highway.

100. On or about July 17, 2001, HONG TRAN told COLLEEN NAKAMOTO that he planned to stop for a while because he and the boss are going to let things cool down.

101. On or about July 23, 2001, HONG TRAN offered to sell COLLEEN NAKAMOTO one ounce of methamphetamine for $2,300.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2</u>

The Grand Jury further charges:

On or about October 12, 1998, in the District of Hawaii, the defendants COLLEEN NAKAMOTO, MICHAEL INOUYE, and JOHN FRANCESCO intentionally and knowingly aided and abetted each other in the distribution of a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, .479 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

14

COUNT 3

The Grand Jury further charges:

On or about October 19, 1998, in the District of Hawaii, the defendant, COLLEEN NAKAMOTO, intentionally and knowingly distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, .204 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 4

The Grand Jury further charges:

On or about November 18, 1998, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO and CHEYN KIYOTSUKA intentionally and knowingly aided and abetted each other in the distribution of a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, .472 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT 5

The Grand Jury further charges:

On or about December 8, 1998, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO and JOHN FRANCESCO intentionally and knowingly aided and abetted each other in the distribution of a quantity of methamphetamine, its

15

salts, isomers, and salts of its isomers, to wit, .240 grams of  methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 6

The Grand Jury further charges:

On or about April 15, 1999, in the District of Hawaii, the defendant, JOHN FRANCESCO, intentionally and knowingly distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, .793 grams of  methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 7

The Grand Jury further charges:

On or about January 10, 2000, in the District of Hawaii, the defendant, KEVIN HIRONAKA, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 6.977 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 8

The Grand Jury further charges:

On or about March 29, 2000, in the District of Hawaii, the defendant, KEVIN HIRONAKA, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 6.925 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

COUNT 9

The Grand Jury further charges:

On or about July 11, 2000, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO and another person intentionally and knowingly aided and abetted each other in the distribution of a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 1.479 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT 10

The Grand Jury further charges:

On or about July 25, 2000, in the District of Hawaii, the defendant, COLLEEN NAKAMOTO intentionally and

knowingly distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 3.434 grams of  methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 11

The Grand Jury further charges:

On or about August 17, 2000, in the District of Hawaii, the defendant, KEVIN HIRONAKA, intentionally and knowingly distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 3.414 grams of  methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 12

The Grand Jury further charges:

On or about August 29, 2000, in the District of Hawaii, the defendant, KEVIN HIRONAKA, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 7.008 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

18

COUNT 13

The Grand Jury further charges:

On or about September 7, 2000, in the District of Hawaii, the defendant, KEVIN HIRONAKA, intentionally and knowingly distributed in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 6.965 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 14

The Grand Jury further charges:

On or about September 20, 2000, in the District of Hawaii, the defendants, KEVIN HIRONAKA and a person unknown to the Grand Jury, intentionally and knowingly aided and abetted each other in the distribution of in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 13.819 grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

COUNT 15

The Grand Jury further charges:

On or about October 19, 2000, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO and JAMES OGAI,

19

a.k.a. "Jimmy," intentionally and knowingly aided and abetted each other in the distribution of a quantity of methamphetamine, its salts, isomers, and salts of its isomers, to wit, 1.726 grams of  methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

<u>COUNT 16</u>

The Grand Jury further charges:

On or about May 23, 2001, in the District of Hawaii, the defendants, COLLEEN NAKAMOTO and HONG TRAN intentionally and knowingly aided and abetted each other in the distribution of, and in the possession with intent to distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, to wit, approximately one-half pound of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

<u>COUNT 17</u>

The Grand Jury further charges:

On or about June 21, 2001, in the District of Hawaii, COLLEEN NAKAMOTO, knowingly and intentionally distributed a quantity of methamphetamine, its salts,

isomers, and salts of its isomers, to wit, approximately .5 gram of methamphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: _Aug 8, 2001_, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, Grand Jury _____

ELLIOT ENOKI
United States Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Colleen Nakamoto, et al.
Indictment
Cr. No.